6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

v.

D-1 Darius Brim,
D-2 Alanzo Roberson,

     Defendants.

_____/

Case:2:21-cr-20339
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 05-19-2021 At 09:25 AM
INDI USA V. BRIM ET AL (DA)

Violations:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT ONE**

*21 U.S.C. § 841(a)(1) - Possession With Intent
to Distribute a Controlled Substance
18 U.S.C. § 2 – Aiding and Abetting*

D-1 DARIUS BRIM and D-2 ALANZO ROBERSON

On or about April 22, 2021, in the Eastern District of Michigan, Southern Division, the defendants, DARIUS BRIM and ALANZO ROBERSON, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a

1

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), Section 841(b)(1)(B)(vi).

## COUNT TWO

*18 U.S.C. § 924(c) – Possession of a Firearm*
*in Furtherance of a Drug Trafficking Crime*
*18 U.S.C. § 2 – Aiding and Abetting*

D-1 DARIUS BRIM and D-2 ALANZO ROBERSON

On or about April 22, 2021, in the Eastern District of Michigan, Southern Division, the defendants, DARIUS BRIM and ALANZO ROBERSON, aided and abetted by each other, knowingly possessed firearms in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, specifically, the crime of possession with intent to distribute a controlled substance, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

*18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon*

D-1 DARIUS BRIM

On or about April 22, 2021, in the Eastern District of Michigan, Southern Division, the defendant, DARIUS BRIM, knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: one Century Arms rifle; one Glock

2

23 Gen 40 caliber handgun; and one Ruger SR40 pistol, said firearms having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATIONS

*21 U.S.C. § 853*
*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

As a result of violating Title 21, United States Code, as set forth in this Indictment, DARIUS BRIM and ALANZO ROBERSON shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, pursuant to Title 21 United States Code, Section 853(a).

Upon conviction of the offenses charged in Counts Two and Three of this Indictment, DARIUS BRIM and ALANZO ROBERSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said

3

offense including but not limited to: one Century Arms rifle; one Glock 23 Gen 40 caliber handgun; one Rguns .223 caliber AR-15 pistol, one EP Armory Rifle; and one Ruger SR40 pistol.

Substitute Assets:  If the property described above as being subject to forfeiture, as a result of any act or omission of DARIUS BRIM and ALANZO ROBERSON:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third party;

c.  Has been placed beyond the jurisdiction of the Court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/ Barbara Lanning*
BARBARA LANNING
Assistant United States Attorney

Dated: May 19, 2021

|  |  |
|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cove** |

Case:2:21-cr-20339
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 05-19-2021 At 09:25 AM
INDI USA V. BRIM ET AL (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:**  BLL |

Case Title: USA v.  Darius Brim, et al.

County where offense occurred :  Wayne

Check One:   ☒ Felony            ☐ Misdemeanor            ☐ Petty

_____ Indictment/_____ Information --- **no prior complaint.**
__✓__ Indictment/_____ Information --- **based upon prior complaint** [Case number: 21-mj-30190                    ]
_____ Indictment/_____ Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 19, 2021
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9103
E-Mail address:  Barbara.Lanning@usdoj.gov
Attorney Bar #:  P79186

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.